

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2018

No. 04-18-00612-CV

**IN THE INTEREST OF S.N.M., L.A.M., AND B.C.M.,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02540
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The reporter's record was due on September 10, 2018, but has not been filed. We therefore ORDER the court reporter responsible for preparing the reporter's record to file the reporter's record on or before **October 8, 2018**. **NO EXTENSIONS WILL BE GRANTED.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court